UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VASQUEZ, | No. 2:16-cv-0042 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| WILLIAM L. MUNIZ, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

On January 12, 2016, petitioner was ordered to file: 1) a petition for writ of habeas corpus; and 2) a request to proceed in forma pauperis or pay the appropriate filing fee. Petitioner was granted thirty days to do so and was warned that failure to comply would result in this action being dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vasq0042.fnrs